FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIELA ABUNDIZ,<br><br>Defendant. | No.   2:24-CR-02013-SAB-2<br><br>**ORDER DISMISSING COUNT 1 OF THE INDICTMENT AS TO GABRIELA ABUNDIZ ONLY** |

On May 20, 2025, the Court held a sentencing hearing in a related case, *United States v. Abundiz*, 2:24-CR-00071-SAB-1, in Yakima, Washington. Defendant was present, in custody, and represented by Mitchell Crook. The United States was represented by Michael Murphy.

At the hearing and pursuant to the global plea agreement, the United States moved to dismiss Count 1 of the Indictment, ECF No. 1, in this matter as to Defendant Gabriela Abundiz **ONLY**. This Order memorializes the Court's oral rulings as to Case No. 2:24-CR-2013-SAB-2.

//
//
//
//
//
//

**ORDER DISMISSING COUNT 1 OF THE INDICTMENT AS TO GABRIELA ABUNDIZ ONLY ~ 1**

Accordingly, **IT IS ORDERED**:

1. In *United States v. Abundiz*, 2:24-CR-02013-SAB-2, the United States oral motion to dismiss Count 1 of the Indictment as to Gabriela Abundiz only is **GRANTED**.

2. The District Court Executive is **directed to terminate** Gabriela Abundiz from this matter.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 21st day of May 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING COUNT 1 OF THE INDICTMENT AS TO GABRIELA ABUNDIZ ONLY ~ 2**